UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | **Criminal No. 06-675 (SRC)** |
| Plaintiff, | : | |
| | : | **ORDER** |
| v. | : | |
| | : | |
| KEON GARNES, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**CHESLER**, District Judge

      This matter having come before the Court on the motion filed by pro se Defendant Keon Garnes for an Order clarifying that his sentence start date is October 1, 2007 [docket item no. 25]; and Plaintiff United States of America having agreed that Defendant's sentence of 120 months should run from October 1, 2007 [docket item no. 26]; and for good cause shown, therefore,

      **IT IS** on this 6th day of November, 2008

      **ORDERED** that the sentence imposed on Defendant Keon Garnes by Judgment dated October 1, 2007 [docket item no. 21] runs from the start date of October 1, 2007.

                                                        s/ Stanley R. Chesler
                                                       STANLEY R. CHESLER
                                                       United States District Judge